UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SURENDRA KUMAR,

        Plaintiff,

  v.

ALBERTO GONZALES, et al.,

        Defendants.

No. C07-1335MJP

ORDER TO SHOW CAUSE

    The Court has reviewed Plaintiff's Petition for Naturalization Hearing. (Dkt. No. 1).  The Court's standard practice in naturalization cases like this one is to require Defendants to show cause why Plaintiff should not be naturalized.  The Court therefore ORDERS Defendants to show cause within 30 days why the Court should not grant Plaintiff's application for naturalization by the authority of the Immigration and Nationality Act, which confers jurisdiction to this Court to compel agency action on a naturalization application or make a ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the 120-day period after the date on which the examination is conducted . . . ."  8 U.S.C. § 1447(b).  Defendants shall respond to this order with a written pleading that states: (1) all reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that the Court should not approve the application immediately; and, if appropriate (3) a proposed plan for promptly deciding Plaintiff's naturalization application.

    Dated this _16th day of October, 2007.

                                                    Marsha J. Pechman
                                                  U.S. District Judge